1   GIBSON, DUNN & CRUTCHER LLP
    FREDERICK BROWN, SBN 65316
2   JAYESH HINES-SHAH, SBN 214256
    One Montgomery Street
3   Suite 3100
    San Francisco, California 94104
4   Telephone: (415) 393-8200
    Facsimile: (415) 986-5309
5
    Attorneys for Plaintiff
6   ARVESTA CORPORATION

7   [Additional counsel listed on signature page]

8                    UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12  ARVESTA CORPORATION, a California corporation, | CASE NO. C 04-0700 SC (BZ) |
| 13                              Plaintiff, | STIPULATION FOR DISMISSAL AND [~~PROPOSED~~] ORDER THEREON |
| 14 | |
| 15          v. | |
| 16  BAYER AG, a German corporation; BAYER CORPORATION, an Indiana corporation; BAYER CROPSCIENCE, a Delaware limited partnership; BAYER CROPSCIENCE AG, a German corporation; BAYER INC., a Canadian corporation, *et al.*, | |
| 17 | |
| 18 | |
| 19                             Defendants. | |

20        IT IS HEREBY STIPULATED by and between plaintiff Arvesta Corporation and defendants

21   Bayer AG, Bayer Corporation, Bayer CropScience, Bayer CropScience AG, and Bayer Inc., and

22   pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that, as part of the consideration

23   of the settlement reached between the above-referenced parties:

24        1. Plaintiff Arvesta Corporation shall dismiss its complaint in the above action in its entirety,

25   with prejudice; and,

26        2. Each party shall bear its own costs and fees in connection with this action.

27

28        IT IS SO STIPULATED:

Gibson, Dunn &
Crutcher LLP

1

2  Dated: April 28, 2005                    /s/ Jayesh Hines-Shah
                                       GIBSON, DUNN & CRUTCHER LLP
3                                      JAYESH HINES-SHAH, SBN 214256
                                       Attorneys for Plaintiff

4
   Dated: April    , 2005
5                                      WILLIAMS & CONNOLLY LLP
                                       BRUCE R. GENDERSON  *pro hac vice*
6                                      R. HACKNEY WIEGMANN  *pro hac vice*
                                       JOHN E. SCHMIDTLEIN – SBN 163520  *pro hac vice*
7                                      ANDREW W. RUDGE  *pro hac vice*
                                       725 Twelfth Street, NW
8                                      Washington, DC  20005
                                       Telephone:     (202) 434-5000
9                                      Facsimile:     (202) 434-5029

10                                     KEKER & VAN NEST, LLP
                                       STUART L. GASNER – SBN 164675
11                                     CHRISTA M. ANDERSON – SBN 184325
                                       710 Sansome Street
12                                     San Francisco, CA  94111-1704
                                       Telephone:     (415) 391-5400
13                                     Facsimile:     (415) 397-7188

14                                     Attorneys for Defendants
                                       BAYER AG; BAYER CORPORATION; BAYER
15                                     CROPSCIENCE; BAYER CROPSCIENCE AG;
                                       BAYER INC.

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON          Case No. C 04-0700 SC (BZ)

Dated: April    , 2005

GIBSON, DUNN & CRUTCHER LLP
JAYESH HINES-SHAH, SBN 214256
Attorneys for Plaintiff

Dated: April 27, 2005

WILLIAMS & CONNOLLY LLP
BRUCE R. GENDERSON *pro hac vice*
R. HACKNEY WIEGMANN *pro hac vice*
JOHN E. SCHMIDTLEIN – SBN 163520 *pro hac vice*
ANDREW W. RUDGE *pro hac vice*
725 Twelfth Street, NW
Washington, DC  20005
Telephone:     (202) 434-5000
Facsimile:     (202) 434-5029

KEKER & VAN NEST, LLP
STUART L. GASNER – SBN 164675
CHRISTA M. ANDERSON – SBN 184325
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:     (415) 391-5400
Facsimile:     (415) 397-7188

Attorneys for Defendants
BAYER AG; BAYER CORPORATION; BAYER
CROPSCIENCE; BAYER CROPSCIENCE AG;
BAYER INC.

Gibson, Dunn &
Crutcher LLP

STIPULATION FOR DISMISSAL AND [PROPOSED] ORDER THEREON          Case No. C 04-0700 SC (BZ)

1

2

3

4

5

6                                    UNITED STATES DISTRICT COURT

7                            FOR THE NORTHERN DISTRICT OF CALIFORNIA

8                                        SAN FRANCISCO DIVISION

9

10   ARVESTA CORPORATION, a California                CASE NO. C 04-0700 SC (BZ)
     corporation,
11                                                    [~~PROPOSED~~] ORDER
                          Plaintiff,
12
13          v.

14   BAYER AG, a German corporation; BAYER
     CORPORATION, an Indiana corporation;
     BAYER CROPSCIENCE, a Delaware limited
15   partnership; BAYER CROPSCIENCE AG, a
     German corporation; BAYER INC., a Canadian
16   corporation, *et al.*,

17                        Defendants.

18

19
            Pursuant to the above stipulation and the full settlement of this case, it is hereby ORDERED
20
     that:
21
            1.  Plaintiff Arvesta Corporation's Complaint in the above action shall be DISMISSED WITH
22
     PREJUDICE.
23
            2.  Each party shall bear its own costs and fees in connection with this action.
24
            IT IS SO ORDERED.
25

26
     DATED:    May 10, 2005                                   /s/ Samuel Conti
27                                                  _____
                                                          Honorable Samuel Conti
28   40210286_1.DOC

Gibson, Dunn &
Crutcher LLP